**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

Raymile De Los Angeles Palomares Perez,

Petitioner,

vs.                                                                      Case No. 0:26-cv-01368-DMT-JFD

Todd Blanche[1] et al.,

Respondents.

---

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

---

[¶ 1]    THIS MATTER comes before the Court on a Petition for Writ of Habeas Corpus filed on February 11, 2026. Doc. No. 1. The Respondents filed a Response on February 14, 2026. Doc. No. 7. Petitioner filed a Reply on February 15, 2026. Doc. No. 8.

[¶ 2]    This is the second petition filed by Petitioner. The Court denied her first petition on February 10, 2026, the day before her second petition was filed. Palomares-Perez v. Bondi, Civ. No. 26-cv-00918-DMT-JFD, ECF No. 11 (D. Minn. February 10, 2026). In this second petition, Petitioner raises the same legal arguments and grounds for relief that were already considered and denied by the Court in its prior Order. Compare Palomares-Perez v. Bondi, Civ. No. 26-cv-00918-DMT-JFD, Doc. No. 1 (D. Minn. January 31, 2026) with Palomares-Perez v. Bondi, Civ. No. 26-cv-01368-DMT-JFD, Doc. No. 1 (D. Minn. February 11, 2026). The only new evidence Petitioner provides for the Court's consideration is an email from the National TPS Alliance stating Petitioner is a member of the organization. Doc. No. 3-3. This membership does not establish that Petitioner

---

[1] Acting Attorney General Todd Blanche is automatically substituted for former Attorney General Pamela Bondi pursuant to Fed. R. Civ. P. 25(d).

- 2 -

re-registered her TPS prior to the expiration of the original term on April 2, 2025. Absent proof of re-registration, the Court's conclusion remains the same: Petitioner has failed to show her TPS is still valid and prevents her removal from the United States.

[¶ 3]    Because Petitioner raises no new facts or legal arguments to rebut the Court's conclusions in its prior Order, the second petition is **DENIED** and **DISMISSED without prejudice**.

[¶ 4]    **IT IS SO ORDERED**.

DATED June 8, 2026.

Daniel M. Traynor, District Judge
United States District Court